UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10TH GEAR LLC, *et al.*,

              Plaintiffs,

     v.

PACCAR INC.,

              Defendant.

CASE NO. 2:23-cv-01933-RSL

ORDER

      This matter comes before the Court on the parties' "Joint Status Report and Discovery Plan." Dkt. # 32. Defendant's response to the Amended Complaint is due on April 25th, and the parties anticipate that a motion to dismiss will be filed. The Court therefore takes this matter under advisement.

      The parties should be aware, however, that the Court's standard class action case management order includes a trial date and that the Court views class certification as a preliminary procedural matter to be decided at the outset of the case. While the parties' proposed case management schedule will be considered, it will not be adopted.

      Pursuant to Fed. R. Civ. P. 26(d)(1), the discovery period opened when the parties held their Rule 26(f) conference. If defendant seeks a stay of discovery while the motion to dismiss is pending, it must file a separate motion.

ORDER - 1

Dated this 23rd day of April, 2024.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2