UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 10TH GEAR LLC, G4 INNOVATIONS LLC, LITTLE DIESEL TRANSPORTATION, ZEKE AND LIZZIE, LLC, VISION AG, LLC, L Z S CEREMONIAL TRAILS, INC., MGM TRANSPORT, LLC, MATTSON'S LAWN & GARDEN, INC., CRC Transport, LLC, TRPVS, Inc., MULTI LOGISTIC LLC, SAN BENITO EQUIPMENT, LLC, BRENT REDMOND TRANSPORTATION INC., CPC CONSTRUCTORS INC., VOGES AND SCHERZER TRUCKING LLC, WOLVERINE HAULERS LLC, BK TRUCKING COMPANY INC., HILLFORD C TRUCKING INC., AMS TRUCKING LLC, NTA LTD., 3 RUSTY NAILS, INC., KIMRAD TRANSPORT LP, VINTNER'S LOGISTICS LLC, AVALA EXPRESS LLC, JOSHUA BUTLER, KJM ENTERPRISES INC., LD ENTERPRISE LLC, VANCORE, INC., WEBB PALLET SERVICE CORPORATION, SPRUCE TRUCKING LLC, M R On Time Construction, Inc., JOHN H. KOOY TRUCKING, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PACCAR, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:23-cv-01933-RSL<br><br>**STIPULATED MOTION TO RE-NOTE AND SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO COMPEL DISCOVERY** |

STIPULATED MOTION TO RE-NOTE AND SET
BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS
TO COMPEL DISCOVERY- 1
Case No. 2:23-cv-01933-RSL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Plaintiffs 10th Gear, LLC, et al., and Defendant PACCAR, Inc. respectfully request that
2  the Court re-note Defendant's (1) Motion to Compel Discovery and (2) Motion to Compel
3  Discovery from Second Amended Complaint Plaintiffs and enter an order setting a briefing
4  schedule for the same.

5  On December 11, 2025, Defendant filed a Motion to Compel Discovery (Dkt. # 84-85)
6  and Motion to Compel Discovery from Second Amended Complaint Plaintiffs (Dkt. # 86-87),
7  noting both motions for consideration on December 31, 2025, in accordance with LCR 7(d)(3).

8  To avoid various schedule conflicts related to the upcoming holidays, the parties hereby
9  stipulate to re-note the motions and adopt the following agreed briefing schedule, subject to
10 Court approval:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs' Response Briefs | December 26, 2025 | January 8, 2026 |
| Defendant's Reply Briefs | December 31, 2025 | January 14, 2026 |
| Motion to Compel Noting Dates | December 31, 2025 | January 14, 2026 |

STIPULATED AND DATED this 17th day of December, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Eden B. Nordby, WSBA #58654
Email: enordby@terrellmarshall.com
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 206-816-6603
Facsimile: (206) 319-5450

David Marcus, *Admitted Pro Hac Vice*
Email: dmarcus@dlmlaw.com
Benjamin Donovan, *Admitted Pro Hac Vice*
Email: bdonovan@dlmlaw.com

CORR CRONIN LLP

By: /s/ Brittany A. Madderra
William R. Squires, III, WSBA #4976
Email: rsquires@corrcronin.com
Brittany A. Madderra, WSBA #48514
Email: bmadderra@corrcronin.com
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Facsimile: (206) 625-0900

PISCIOTTI LALLIS ERDREICH

By: /s/ Anthony M. Pisciotti
Anthony M. Pisciotti, *Admitted Pro Hac Vice*

STIPULATED MOTION TO RE-NOTE AND SET BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS TO COMPEL DISCOVERY- 2
Case No. 2:23-cv-01933-RSL

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| DLM LAW LLC<br>4700 Belleview Avenue, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 268-6775<br>Facsimile: (816) 222-0534<br><br>*Attorneys for Plaintiffs* | Email: apisciotti@pisciotti.com<br>Danny C. Lallis, *Attending Pro Hac Vice*<br>Email: dlallis@pisciotti.com<br>30 Columbia Turnpike, Suite 205<br>Florham Park, New Jersey 07932<br>Telephone: (973) 245-8100<br><br>Pamela S. Tonglao, WSBA #29476<br>Email: pamela.tonglao@paccar.com<br>Jesse Blaisdell, WSBA #44044<br>Email: jesse.blaisdell@paccar.com<br>PACCAR, INC.<br>777 106 Avenue NE<br>Bellevue, Washington 98004-5027<br>Telephone: (425) 468-7356<br><br>*Attorneys for Defendant PACCAR, INC.* |

## ORDER

Based on the foregoing, it is HEREBY ORDERED that the parties' Stipulated Motion to Re-Note and Set Briefing Schedule for Defendant's Motions to Compel Discovery is GRANTED. The motions are re-noted and the briefing schedule is set as follows:

| Event | Deadline |
|---|---|
| Plaintiffs' Response Briefs | January 8, 2026 |
| Defendant's Reply Briefs | January 14, 2026 |
| Motions to Compel Noting Dates | January 14, 2026 |

DATED this 17th day of December, 2025.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO RE-NOTE AND SET
BRIEFING SCHEDULE FOR DEFENDANT'S MOTIONS
TO COMPEL DISCOVERY- 3
Case No. 2:23-cv-01933-RSL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com