The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10TH GEAR LLC, *et al.*,

Plaintiffs,

v.

PACCAR, INC., a Delaware Corporation,

Defendant.

NO. 23-cv-1933-RSL

**MINUTE ORDER**

The following Minute Order is made and entered at the direction of the Honorable Robert S. Lasnik:

The Court is presently considering defendant PACCAR Inc.'s motion to dismiss the Third Amended Complaint, Dkt. 116. Under the current case management schedule, plaintiffs' motion for class certification is due October 13, 2026. Dkt. 140. Defendant's recently filed motion to amend the scheduling order, Dkt. 161, is also noted for consideration on October 13, 2026. The Court intends to resolve the pending motion to

dismiss before requiring the parties to brief class certification. Accordingly, the October 13, 2026 deadline for filing a motion for class certification, and the related opposition and reply deadlines, are STRICKEN. The Court will establish new class-certification briefing deadlines after resolving the motion to dismiss. Defendant's motion to amend the scheduling order, Dkt. 161, remains noted for October 13, 2026, and will be considered in the ordinary course as to the remaining requested modifications to the case schedule.

DATED this 23rd day of September 2026.

JOSHUA C. LEWIS
Clerk of Court

/s/ *Victoria Ericksen*

Deputy Clerk to Hon. Robert S. Lasnik